Form 1-1

**UNITED STATE COURT OF INTERNATIONAL TRADE**          **FORM 1**

| | |
|---|---|
| **RAZOR USA LLC,** | |
| Plaintiff, | |
| **v.** | **SUMMONS** |
| **United States,** | **Court No.:** 23-00141 |
| Defendant. | |

TO:    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| | |
|---|---|
| Port of Entry:        2704 – Los Angeles/Long Beach, CA | Center (if known): Consumer Products and Mass Merchandising |
| Protest Number:    2704-22-163840 | Date Protest Filed:            December 30, 2022 |
| Importer: Razor USA LLC | Date Protest Denied:          February 1, 2023 |
| Category of Merchandise:    Toys - Hoverboards | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| ACN-1334677-8 | 7/29/2021 | 7/8/2022 | | | |
| | | | | | |
| * | | | | | |

**\* Please see attached schedule for information concerning additional liquidation entries.**

| | |
|---|---|
| Consumer Products and Mass Merchandising Center Service Port of Los Angeles/Long Beach, CA | John Brew, Esq. Crowell & Moring LLP 1001 Pennsylvania Ave., N.W. Washington, DC 20004 (202) 624-2500 Email: jbrew@crowell.com |

*Address of Customs Port in Which Protest was Denied*               *Name, Address and Telephone Number of Plaintiff's Attorney*

Form 1-2

### CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph of Item Number | Rate |
| Wheeled toys, self-balancing electric scooters | 8711.60.00 and 9903.88.02 | 0% (Free) + 25% | 9503.00.00 | 0% (Free) |

| OTHER |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:<br>**Decision**: Liquidation of subject entries and classification of certain wheeled toys, self-balancing electric scooters under HTSUS subheadings 8711.60.0090, and 9903.88.02, subject to 25% tariff.<br>**Protest Claim**: Customs should reliquidate subject entries and reclassify the subject products under HTSUS subheading 9503.00.00, duty free. |

| |
|---|
| The issue which was common to all such denied protests:<br>Refusal to reliquidate entries and classify subject products under HTSUS subheading 9503.00.00, the provision for "tricycles, scooters, pedal cars, and similar wheeled toys," duty free. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ John Brew
*Signature of Plaintiff's Attorney*
July 14, 2023

Form 1-3

*Date*
**SCHEDULE OF PROTESTS**

<u>*Consumer Products and Mass Merchandising Center*</u>
<u>*Service Port of Los Angeles/Long Beach, CA*</u>

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 2704-22-163840 | 12/30/22 | 2/1/23 | ACN-1343838-5 | 12/04/2021 | 10/28/2022 | 2704 |
| 2704-23-166524 | 5/30/23 | 6/9/2023 | ACN-1344565-3 | 12/24/2021 | 12/09/2022 | 2704 |
| 2704-23-166524 | 5/30/23 | 6/9/2023 | ACN-1345647-8 | 1/03/2022 | 12/30/2022 | 2704 |
| 2704-23-166524 | 5/30/23 | 6/9/2023 | ACN-1347161-8 | 2/15/2022 | 1/13/2022 | 2704 |
| 2704-23-166524 | 5/30/23 | 6/9/2023 | ACN-1347317-6 | 2/18/2022 | 1/20/2023 | 2704 |
| 2704-23-166524 | 5/30/23 | 6/9/2023 | ACN-1349838-9 | 2/20/2022 | 2/17/2023 | 2704 |
| 2704-23-166524 | 5/30/23 | 6/9/2023 | ACN-1352458-0 | 4/10/2022 | 3/10/2023 | 2704 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)*