UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| RAZOR USA LLC, | : | |
| | : | |
| Plaintiff, | : | Court No. 23-00141 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

# NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that Edward F. Kenny hereby enters his appearance as principal attorney of record for the United States, defendant in the above-captioned action, and requests that all papers in connection therewith be referred to his attention. Ms. Marcella Powell may be removed as an attorney of record in this matter.

                                              Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              PATRICIA M. McCARTHY
                                              Director

By:        /s/ Justin R. Miller
                    JUSTIN R. MILLER
                    Attorney-in-Charge

                    /s/Edward F. Kenny
                    EDWARD F. KENNY
                    Senior Trial Counsel
                    International Trade Field Office
                    Department of Justice, Civil Division
                    Commercial Litigation Branch
                    26 Federal Plaza, Room 346
                    New York, New York 10278
                    Attorneys for Defendant
Dated: November 19, 2025      (212) 264-0480